■ MERRIE M. HILL, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 83589.) [619 NYS2d 991] —Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, Corbett, J. (Appeal from Order of Court of Claims, Corbett, J.—Dismiss Claim.) Present—Denman, P. J., Pine, Balio, Callahan and Davis, JJ. *[See,* 157 Misc 2d 109.]